May 9, 1913.) Action by Thomas Muller against the Pope-Hartford Auto Company.

PER CURIAM. Motion for reargument denied, with $10 costs. See, also, 141 N. Y. Supp. 1132, 1133.

PUTNAM, J., not voting.

---

MULLER, Respondent, v. POPE–HARTFORD AUTO CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Thomas Muller against the Pope-Hartford Auto Company.

PER CURIAM. Motion for leave to appeal to the Court of Appeals denied. See, also, 141 N. Y. Supp. 1132, 1133.

PUTNAM, J., not voting.

---

MURPHY, Appellant, v. HAGGERTY et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by John J. Murphy against Henry F. Haggerty and others. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

---

MURPHY, Respondent, v. MURPHY, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Isabella M. Murphy against James T. Murphy. J. S. Belfer, of Brooklyn, for appellant. No opinion. Order modified, as stated in memorandum, and, as modified, affirmed, with $10 costs and disbursements. Settle order on notice. Memorandum per curiam.

---

MURRAY & HILL CO. v. BOREAS REALTY CO. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by the Murray & Hill Company against the Boreas Realty Company. No opinion, Motion denied, with $10 costs. Order filed. See, also, 140 N. Y. Supp. 1132.

---

MURTHA v. CENTRAL PARK, N. & E. R. R. CO. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Mary Murtha against the Central Park, North & East River Railroad Company. No opinion. Motion granted; proper bond to be filed within five days after decision of this motion. Settle order on notice. See, also, 154 App. Div. 937, 139 N. Y. Supp. 1135.

---

MYERS, Respondent, v. MEYERS, Appellant. (Supreme Court, Appellate Division, Second Department. May 15, 1913.) Action by Marie Gardenhire Myers and Walter Perry Meyers.

PER CURIAM. Motion for stay granted, on condition that defendant file an undertaking in the sum of $1,000, continue the present voluntary payment of $15 per week, pay all arrears thereof, if any, and be ready for argument when reached; otherwise, motion denied, with $10 costs. Settle order before the Presiding Justice.

---

NATIONAL FIRE INS. CO. OF ONONDAGA COUNTY, Appellant, v. JARVIS, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by the National Fire Insurance Company of Onondaga County, by John F. Nash, receiver, against Nelson Jarvis. No opinion. Judgment affirmed, with costs.

---

N. DAIN'S SONS' CO. v. UNION FREE SCHOOL DIST. NO. 7 OF TOWN OF CORTLANDT et al. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by N. Dain's Sons' Company against Union Free School District No. 7 of the Town of Cortlandt, etc., and others, wherein defendant, John Lowry, Jr., appeals.

PER CURIAM. Judgment modified, by reducing plaintiff's lien and recovery to $1,362.79, with interest from the date of the entry of the judgment, and by reducing the lien and recovery of respondent Lounsbury & Sons Company to $323.50, with interest from the date of the entry of the judgment, and, as so modified, affirmed, without costs.

---

N. E. TAYLOR & CO. v. FITZPATRICK. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by N. E. Taylor & Co. against John H. Fitzpatrick. No opinion. Motion granted, with $10 costs. Order filed. See, also, 153 App. Div. 896, 138 N. Y. Supp. 1120.

---

NEW. YORK CENT. & H. R. R. CO., Appellant, v. CITY OF BUFFALO et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Action by the New York Central & Hudson River Railroad Company against the City of Buffalo and George H. Zimmerman, as Comptroller, etc. No opinion. Judgment (76 Misc. Rep. 655, 135 N. Y. Supp. 196), so far as appealed from, affirmed, with costs.

---

In re NIAGARA, LOCKPORT & ONTARIO POWER CO. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) In the matter of the application of the Niagara, Lockport & Ontario Power Company relative to acquiring title to real estate, etc., of Hubert Snyder and others. No opinion. Order affirmed with $10 costs and disbursements.

---

NICHOLSON, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by Alexander G. Nicholson against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

NIVER, Respondent, v. HINDS, NOBLE & ELDREDGE, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Harmon B. Niver against Hinds, Noble & Eldredge. R. Hinds, of New